DUFFY-MOTT COMPANY, INC., Appellant, v. CHARLES F. HOLLWEDEL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PUBLIC NATIONAL BANK OF NEW YORK, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — McAvoy, Merrell, Martin and Townley, JJ.